## FORM TO BE USED BY A PRISONER IN FILING A CIVIL RIGHTS COMPLAINT

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

FILED
SCRANTON

JUL 31 2019

PER _____ KF
DEPUTY CLERK

(1) Freddie E. Sinkler 45,209
(Name of Plaintiff)   (Inmate Number)
Dauphin County Prison
501 Mall Rd., Hbg., PA. 17111
(Address)

(2) _____
(Name of Plaintiff)   (Inmate Number)

_____
(Address)

(Each named party must be numbered,
and all names must be printed or typed)

1:19-CV-1327
(Case Number)

vs.

CIVIL COMPLAINT

(1) Warden, Brian S. Clark
(2) Security, Robert Lucas
(3) Block officer, Miller
(Names of Defendants)
4. Officer, Halterman

(Each named party must be numbered,
and all names must be printed or typed)

5. Officer, Morris
6. Officer, Danner
7. Officer, Myers

TO BE FILED UNDER: ____ 42 U.S.C. § 1983 - STATE OFFICIALS
                    ☒ 28 U.S.C. § 1331 - FEDERAL OFFICIALS

I. PREVIOUS LAWSUITS

A. If you have filed any other lawsuits in federal court while a prisoner, please list the caption and case number including year, as well as the name of the judicial officer to whom it was assigned:

1:19-CV-0936, June 4, 2019 US. Middle District
3:19-CV-1083  July 10, 2019 US. Middle District
1:19-CV-1211  July 17, 2019 US. Middle District

1

## II. EXHAUSTION OF ADMINISTRATIVE REMEDIES

In order to proceed in federal court, you must fully exhaust any available administrative remedies as to each ground on which you request action.

A. Is there a prisoner grievance procedure available at your present institution? __X__ Yes ____No

B. Have you fully exhausted your available administrative remedies regarding each of your present claims? __X__ Yes ____No

C. If your answer to "B" is Yes:

1. What steps did you take? Filed A GRIEVANCE to the Security And I've Filed A GRIEVANCE To The Warden

2. What was the result? I did not receive A RESPONSE... The Administration at Dauphin County Prison NEVER Respond!

D. If your answer to "B" is No, explain why not: _____

## III. DEFENDANTS

(1) Name of first defendant: Warden, Brian S. Clark
Employed as Warden at Dauphin County Prison
Mailing address: Dauphin County Prison - 501 mall Rd. Hbg, Pa. 17111

(2) Name of second defendant: Director of Security, Robert Lucas
Employed as Director of Security at Dauphin County Prison
Mailing address: Dauphin County Prison - 501 mall Rd., Hbg, Pa 17111

(3) Name of third defendant: Officer, Miller
Employed as Officer, Miller at Dauphin County Prison
Mailing address: Dauphin County Prison - 501 mall Rd., Hbg, Pa 17111

(List any additional defendants, their employment, and addresses on extra sheets if necessary)

## IV. STATEMENT OF CLAIM

4. Officer, Haiterman
5. Officer, Morris
6. Officer, Danner
7. Officer Myers

(State here as briefly as possible the facts of your case. Describe how each defendant is involved, including dates and places. Do not give any legal arguments or cite any cases or statutes. Attach no more than three extra sheets if necessary.)

1. On Sunday, 6/23/2019 at around about 6:00 AM thru 6:45 AM I had SEVERE Back Pain which Forced ME To Fall onto the Floor IN Extreme Pain on G-Block Q-4-7 this is on CAMERAS. After Falling And

2

ASKING FOR A DOCTOR. SEVERAL OFFICERS Physically handcuffed me; Assulted me And Physically dragged me and Beat me all the way To The Hole. CAUSING

2. bruises To my NECK; ARMS; WRISt; Knees and of Course injuring my BAck more. once I Arrived to the Hole P-Block, P-3-8 SEVERAl OFFICERS physically Threw me into this cell and BEAt me And stomped me For Nothing. I saw Five OFFICERS BEATing me! My Block

3. OFFICER ON Q-Block; OFFICER Miller; OFFICER HAITERMAN; OFFICER MORRIS; OFFICER DANNER AND OFFICER MYERS. This Altercation is Recorded on CAMERA At Q-Block, Q-4-7 AND P-Block, P-3-8. AFTER BEing Assulted Two days lATER I sAw A DoctoR 6/25/2019 THE DOCTOR SAid THAT I HAve eXTReme BACK SPASM. I WAS BEAT'N BY SEVERAl OFFICERS FOR HAVING A BACK INJURY

V. **RELIEF**
(State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.)

1. I would like to be AwARded compensatory damages Against the Warden and the Prison for my pain and suffering.

2. I would like to be transfered out of this Prison. Due to the fact that officers have been Threatening me. And I FEAR FOR my life And my families safety.

3. _____

3

_____

I declare under penalty of perjury that the foregoing is true and correct.

Signed this __26__ day of __July__, __2019__

__Freddie E. Sinkler__
(Signature of Plaintiff)

Freddie E. Sixler; 45-2076 Dauphin County Prison; 501 Mall Rd. Hbg., Pa. 17111
6/25/2019

TO: GRIEVANCE COORDINATOR / Director of Security: MR. Robert Lucas

①    On Sunday, June 23, 2019 at around about 6:00AM through like 6:45AM I had extreme Back Pains which hurt so bad it Forced me to Fall out on the Floor in extreme Pain on Q-Block, Q-4-7 this is on camera! After, Passing out on the Floor and yelling I need a Doctor and medical Assistance. Several officers, Physically and aggressively handcuff me from behind; Manhandled me and physically dragged me and beat me all the way to the Hole. This is also on camera... Causing bruises to my Neck; Arms; Wrist and of course injuring my back worst. Without Forwarding me the opportunity to see a Doctor or medical staff!

   Once I've arrived to the Hole on P-Block after being dragged and beat'en / Cell P-3-8. Several officers Physically threw me into this cell and proceeded too beat me and stomp me for no reason. I saw Five officers beating me and stomping me!

   My Block Officer; on from Q-Block officer Miller; officer Halterman; officer Morris; officer Danner and officer Myers all from P-Block and Q-Block.

   Nevertheless, this whole Altercation is Recorded on the Block and Corridor Cameras, Q-Block, Q-4-7; the corridor and P-Block, P-3-8 Cameras, on this Day and time!

   Ironically, Here it is two days later and I am now seeing a Doctor! He has diagnosed me with extreme Back Spasms. For the record and when you look at my medical Record; Dauphin County Prison / Prime Care Medical, Inc. You'll see that my Back Spasms are extreme and uncontrollable

Freddie E. Sinkler, 45-209 Dauphin County Prison, 501 Mall Rd. Hbg, Pa 17111

② 6/25/2019

TO: GRIEVANCE COORDINATOR/DIRECTOR of SECURITY: MR. Robert LUCAS

My Back Spasms are extreme and painful; uncontrollable to the point where I can not move! The Doctor has me taking ~~FLEXARALL~~; NERVE pills and motrins too stop my EXTREME PAINS AND OR BACK SPASM.

AS I Present this GRIEVANCE To you I ASK that all Prison officers involved be Santioned and written-up For UNNECCESSARY FORCE; Assault; Beating ME and Being unprofessional to me For NO REASON At all.

Sincerely: Freddie E. Sinkler
45-209

cc/Filed/& Dated
6/25/2019

The Medication that I am taking For my BACK SPASM ARE: FIEXARALL, NERVE pills and MOTRINS

**Dauphin County Prison** - INMATE REQUEST FORM                     DCP-77

From: Freddie Sinkler     D.C.P. # 45,209     Date 7/26/2019     Block/Cell C-2-8

To:   ( ) WARDEN   ( ) DEPUTY WARDEN _____   ( ) CHAPLAIN   (X) COUNSELOR _____
(X) COMMISSARY/ACCOUNTANT   ( ) OTHER _____   ( ) RECORDS   ( ) SHAKEDOWN

REQUEST: Page three from my Application To proceed In Forma Pauperis is on its way once the Authorized Prison official can sign And send the certified copy of my inmate Account to the Address on my envolope

REPLY: To: The Clerk of the Court
U.S. District Court / middle District of Pa
235 North Washington Ave.
Scranton, Pa. 18501-1148

---

**Dauphin County Prison** - INMATE REQUEST FORM                     DCP-77

From: Freddie Sinkler     D.C.P. # 45,209     Date 7/26/2019     Block/Cell C-2-8

To:   ( ) WARDEN   ( ) DEPUTY WARDEN _____   ( ) CHAPLAIN   (X) COUNSELOR _____
(X) COMMISSARY/ACCOUNTANT   ( ) OTHER _____   ( ) RECORDS   ( ) SHAKEDOWN

REQUEST: Please have an Authorized Prison official sign And send A certified Copy of my prison inmate account statement of all deposits, withdrawals and balances for the prior six month period since I've been here At Dauphin County Prison. To the Address above on this envolope

REPLY: To: The Clerk of the Court
U.S. District Court / middle District of Pa.
235 North Washington Ave.
Scranton, Pa. 18501-1148



NAME Freddie Sinkler
D.C.P.# 45209
DAUPHIN COUNTY PRISON
501 MALL ROAD
HARRISBURG, PA 17111-1299

TO: The Clerk of the Court
U.S. District Court
Middle District of Pa.
235 North Washington Ave.
Scranton, Pa. 18501-1148

RECEIVED
SCRANTON
JUL 30 2019
DEPUTY CLERK